STATE HIGHWAY COMMISSION, Appellant v.

OLSON et al., Respondents

(132 N.W.2d 927)

(File No. 10178.  Opinion filed February 17, 1965)

**Frank L. Farrar,** Atty. Gen., **Richard A. Duncan,** Sp. Asst. Atty. Gen., Pierre, for plaintiff and appellant.

**Whiting, Lynn, Freiberg & Shultz, Horace R. Jackson,** Rapid City, for defendants and respondents.

PER CURIAM.  The State appeals from a judgment in a condemnation action.  The settled record contains no assignments of error;  consequently there is nothing before this court.  SDC 1960 Supp. 33.0735 through 33.0744;  Patrick v. Blake, 70 S.D. 494, 19 N.W.2d 220;  Blackpipe State Bank v. Grass, 78 S.D. 551, 105 N.W.2d 442.  The judgment appealed from is therefore affirmed.